

October 6, 2022

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007

**J. Bruce Maffeo**
Direct Phone   212-883-4951
Direct Fax      917-521-5866
jbmaffeo@cozen.com

Application granted.  In the event of a further application, it should be presented in the first instance to the Magistrate Judge on duty.
SO ORDERED.
Dated 10/7/2022

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

**Re:   U.S. v. Deripaska 22-CR-518**

Dear Judge Castel:

I represent the defendant, Olga Shriki, in the above-referenced matter whose release was approved last Friday by Magistrate Judge Clott subject to the following principal conditions: a $2 million personal recognizance bond signed by Ms. Shriki and co-signed by 2 additional financially responsible persons, secured by Ms. Shriki's residence, which is located in New Jersey. Ms. Shriki signed the bond after her initial appearance before Judge Clott and was given until today to comply with the remaining conditions. Earlier today, the government interviewed and approved the two suretors, who include her husband, the owner of the marital property, and another family member. I write, with the consent of the government, to request an extension until Tuesday, October 11, to file the confession of judgement because of the intervening Jewish holidays that have contributed to the delay in its filing.

Your Honor's courtesy in considering this application is appreciated.


Respectfully Submitted,

COZEN O'CONNOR

    /S/

J. BRUCE MAFFEO

JM

Cc: AUSA Vladislav Vainberg (via ECF)
    AUSA Anden Chow (via ECF)