UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) 22 Cr. 00518 (PKC) ) |
| OLEG DERIPASKA, *et al.* | ) ) ) |

## **AFFIDAVIT OF ERICH C. FERRARI**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Erich C. Ferrari, declare the following facts are true:

1. I am a member in good standing of the Bar of the District of Columbia.
2. I have never been convicted of a felony.
3. I have never been censured, suspended, disbarred, or denied admission or readmission to any court.
4. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 28, 2022

Erich C. Ferrari

**Notarization Section**

I hereby certify that on this 28th day of October, 2022, before me, the undersigned notary public, personally appeared Erich C. Ferrari, who is a resident of the District of Columbia, and made his statement and Affidavit upon oath and affirmation that the contents of this document are truthful and accurate to the best of his knowledge and belief.

Signature of Notary Public



*Place notary seal above*

Megan Alexander
Printed Name

Washington, DC
City/County

May 31, 2023
My Commission Expires