**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Deripaska, et al.**, 22 Cr. 518 (PKC)

Dear Judge Castel,

I am leaving the service of the United States Attorney's Office. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Anden Chow
Anden Chow
Assistant United States Attorney
(212) 637-2348

Application Granted.

So Ordered:
Hon. P. Kevin Castel, U.S.D.J.
11-16-23