UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>OLEG VLADIMIROVICH DERIPASKA, OLGA SHRIKI, NATALIA MIKHAYLOVNA BARDAKOVA, and EKATERINA OLEGOVNA VORONINA,<br><br>                        Defendants. | No. 22-cr-00518-PKC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

To: Attorney Services Clerk and All Parties of Record

Pursuant to Local Rule 1.3(d) of this Court, please take notice of the following attorney information change for undersigned counsel.

    New mailing address:    10 Grand Central
                                               155 East 44th Street
                                             25th Floor
                                             New York, New York 10017

All other contact information for the undersigned remains unchanged.

Dated:    January 11, 2024
            New York, New York

                                                      Respectfully submitted,

                                                      LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

                                           By: s/ Solomon B. Shinerock
                                                  Solomon B. Shinerock
                                                      *(SDNY No. SS5855, NY Bar No. 4764833)*
                                                   10 Grand Central
                                                   155 East 44th Street
                                                   25th Floor
                                                   New York, New York 10017
                                                   (212) 826-7001

                                           *Counsel for Defendant Oleg Vladimirovich Deripaska*