UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>OLEG VLADIMIROVICH DERIPASKA, OLGA SHRIKI, NATALIA MIKHAYLOVNA BARDAKOVA, and EKATERINA OLEGOVNA VORONINA,<br><br>                    Defendants. | No. 22-cr-00518-PKC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

To: Attorney Services Clerk and All Parties of Record

Pursuant to Local Rule 1.3(d) of this Court, please take notice of the following attorney information change for undersigned counsel.

      New mailing address:    1050 K Street, NW
                                              Suite 400
                                              Washington, DC 20001

All other contact information for the undersigned remains unchanged.

Dated:   January 11, 2024
              Washington, DC

Respectfully submitted,

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

By: s/ Eric L. Lewis
     Eric L. Lewis
       (SDNY No. EL0038, NY Bar No. 2576718)
     1050 K Street, NW
     Suite 400
     Washington, DC 20001
     (202) 833-8900

*Counsel for Defendant Oleg Vladimirovich Deripaska*