

Eric L. Lewis
202 659 7203
eric.lewis@lbkmlaw.com

VIA ECF

January 8, 2026

The Honorable Judge P. Kevin Castel
Senior United States District Judge
United States District Court
500 Pearl Street, Room 11D
New York, NY 10007 - 1312

Re: ***USA v. Oleg Vladimirovich Deripaska, et al., 22-cr-00518-PKC***

Dear Judge Castel:

We write pursuant to Local Civil Rule 1.4 to respectfully request that the Court relieve Solomon B. Shinerock as counsel for Defendant-Oleg Vladimirovich Deripaska in the above-referenced action and terminate his ECF notifications. Mr. Shinerock has left Lewis Baach Kaufmann Middlemiss PLLC.

I will remain as counsel to Defendant-Oleg Vladimirovich Deripaska.

        Respectfully submitted,

        Eric L. Lewis

        *Counsel for Oleg Vladimirovich Deripaska*

Copies to: All Counsel (via ECF)



Honorable P. Kevin Castel
January 8, 2026
Page 2

Solomon B. Shinerock is relieved as counsel for Defendant-Oleg Vladimirovich Deripaska and the Clerk shall terminate ECF notifications to him.

SO ORDERED:

_____

The Honorable P. Kevin Castel
Senior United States District Judge

January ___, 2026